IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER SALLER,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 15-2279 |
| | : | |
| **QVC, INC.,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this   24TH   day of June, 2016, upon consideration of Plaintiff's Motion for a Protective Order and to Quash Third-Party Subpoenas (ECF No. 36),[1] it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant may serve third-party subpoenas consistent with the directives of the Court's Memorandum Opinion of this date.

BY THE COURT:

  /s/Lynne A. Sitarski  
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] The Honorable C. Darnell Jones, II referred this motion to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).   (ECF No. 38).