IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER SALLER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 15-2279** |
| | : | |
| **QVC, INC.,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this ___29th___ day of July, 2016, upon consideration of Plaintiff's Motion for Sanctions and to Compel Production of Specific Documents (Pl. Mot., ECF No. 40), Defendant's response in opposition thereto, (Def. Resp., ECF Nos. 47), and Plaintiff's supplemental memorandum (Pl. Supp. Mem., ECF No. 48), **IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions and to Compel Production of Specific Documents is **DENIED IN PART** and **GRANTED IN PART**, as follows:

1) Plaintiff's motion for sanctions is **DENIED**.

2) Plaintiff's motion to compel is **GRANTED IN PART** as explained in the Memorandum Opinion filed on this date.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE