IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER SALLER,** Plaintiff, | |
| v. | CIVIL ACTION NO. 15-2279 |
| **QVC, INC.,** Defendant. | |

## ORDER

**AND NOW**, this 29th day of September, 2017, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Dkt No. 58), all responses and replies thereto (Dkt Nos. 60 and 72), Defendant's Motion for Summary Judgment (Dkt No. 59), and all responses and replies thereto (Dkt Nos. 63 and 74), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (Dkt No. 58) is **DENIED** in its entirety.

2. Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** in accordance with the corresponding Memorandum.

3. The parties are directed to schedule a settlement conference with Magistrate Judge Lynne A. Sitarski to occur within forty-five (45) days of the filing of this Order. In the event that a settlement agreement is not reached, the parties shall jointly file a status report with this Court within fourteen (14) days after the settlement conference. In the status report, the parties should indicate their willingness to participate in the Court-annexed Mediation Program (with a mutually agreeable mediator selected from the District's "List of Approved Mediators" [1] and without any cost to the parties).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.

---

[1] *See* https://www.paed.uscourts.gov/documents/mediation/medlist.pdf